

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Scotty Murl Casselman,                    * From the 132nd District
                                            Court of Scurry County,
                                            Trial Court No. 8983.

Vs. No. 11-12-00268-CR                      * February 5, 2015

The State of Texas,                         * Memorandum Opinion by Bailey, J.
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

　　　　This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.